1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   BOBBY LEE COLLINS,                          No.  2:24-cv-1229-SCR

12                 Plaintiff,

13          v.                                    ORDER

14   D. SMITH, et al.,

15                 Defendants.

16

17          Plaintiff is a state prisoner proceeding without an attorney in this civil rights action filed

18   pursuant to 42 U.S.C. § 1983.  Currently pending before the court is plaintiff's request for a

19   disability accommodation docketed in this court on May 29, 2024.  ECF No. 7.

20          In the request, plaintiff seeks a Spanish interpreter for an administrative hearing on May

21   21, 2024 concerning his level of care for mental health treatment within the California

22   Department of Corrections and Rehabilitation.  However, by the time the court received the

23   request, the hearing had already occurred.[1]  Since there is no pending court hearing at which any

24   Spanish-speaking witness is required, the motion is denied as moot.

25   /////

26   ───────────────────────────

27   [1] Plaintiff signed the request on May 21, 2024, the same day as his administrative hearing.  ECF
     No. 7 at 1.  Although the court grants plaintiff the benefit of the prison mailbox rule in
     determining the constructive filing date for his pleadings, the court is unable to act until it actually
28   receives any motion.

                                              1

1       Accordingly, IT IS HEREBY ORDERED that plaintiff's request for a disability

2   accommodation (ECF No. 7) is denied as moot.

3   DATED: January 6, 2025

4

5

6                                               SEAN C. RIORDAN
                                                UNITED STATES MAGISTRATE JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28