1
2
3
4
5
6
7                          UNITED STATES DISTRICT COURT
8                      FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10    BOBBY LEE COLLINS,                        No.  2:24-cv-01229 SCR P

11                    Plaintiff,

12           v.                                 ORDER and

13    D. SMITH, et al.,                         FINDINGS AND RECOMMENDATIONS

14                    Defendants.

15

16          Plaintiff is incarcerated in state prison and proceeding pro se and in forma pauperis with a

17    civil rights action under 42 U.S.C. § 1983.  On June 11, 2025, the undersigned screened

18    plaintiff's complaint and found it failed to state any cognizable claims for relief.  (ECF No. 10.)

19    Plaintiff was granted thirty (30) days to file an amended complaint.  (Id. at 4.)  Plaintiff was

20    further advised that failure to file an amended complaint would result in the recommendation that

21    the action be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.  (Id.)

22          The time for plaintiff to amend his complaint has now passed, and plaintiff has not filed

23    an amended complaint or otherwise responded to the screening order.  Accordingly, the

24    undersigned recommends that the action be dismissed for failure to prosecute and failure to

25    comply with a court order.  See Fed. R. Civ. P. 41(b); Local Rule 110.

26          In recommending dismissal, the court has considered: "(1) the public's interest in

27    expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of

28    prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and

                                          1

1   (5) the availability of less drastic alternatives." <u>Ferdik v. Bonzelet</u>, 963 F.2d 1258, 1260-61 (9th

2   Cir. 1992) (citation omitted).

3       "The public's interest in expeditious resolution of litigation always favors dismissal."

4   <u>Yourish v. Cal. Amplifier</u>, 191 F.3d 983, 990 (9th Cir. 1999).  The court's need to manage its

5   docket also weighs in favor of dismissal, particularly given the heavy caseload in this District.

6   The third factor is neutral given no defendants have appeared, but "[u]nnecessary delay inherently

7   increases the risk that witnesses' memories will fade and evidence will become stale."

8   <u>Pagtalunan v. Galaza</u>, 291 F.3d 639, 643 (9th Cir. 2002).  The public policy favoring disposition

9   of actions on the merits weighs against dismissal, but when "standing alone … is not sufficient to

10  outweigh the other four factors." <u>Leon v. IDX Sys. Corp.</u>, 464 F.3d 951, 961 (9th Cir. 2006).

11  The undersigned has also considered less drastic alternatives and concludes that dismissal without

12  prejudice is appropriate.

13      Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall randomly

14  assign a district judge to this matter.

15      In addition, IT IS RECOMMENDED that the action be dismissed without prejudice for

16  failure to prosecute, Fed. R. Civ. P. 41(b), and failure to comply with a court order, Local Rule

17  110.

18      These findings and recommendations are submitted to the United States District Judge

19  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-one days

20  after being served with these findings and recommendations, plaintiff may file written objections

21  with the court.  Such a document should be captioned "Objections to Magistrate Judges Findings

22  and Recommendations."  Plaintiff is advised that failure to file objections within the specified

23  time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153

24  (9th Cir. 1991).

25  DATED: August 21, 2025

26

27                              SEAN C. RIORDAN
                                UNITED STATES MAGISTRATE JUDGE
28

                                    2